AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Melquiades Zarate,<br>*Plaintiff*<br>v.<br>South Carolina Dept of Corrections; SCDC Correctional Officer; and SCDC Inmate,<br>*Defendants* | Civil Action No.    0:13-cv-03079-DCN |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus post-judgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: The plaintiff, Melquiades Zarate, shall take nothing of the defendants; South Carolina Dept of Corrections, SCDC Correctional Officer, and SCDC Inmate, as to the complaint filed and this action is dismissed.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable David C. Norton, United States District Judge, presiding. The Court having affirmed the Report and Recommendation set forth by the Honorable Paige J. Gossett, United States Magistrate Judge, grants defendants' motion to dismiss.

Date:   October 24, 2014                                         *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                    s/G. Mills
                                                                                    _____
                                                                                    *Signature of Clerk or Deputy Clerk*